AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>BRITTANY LEA SMITH<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)         4:20-MJ-212<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 27, 2020__ in the county of __Polk__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(B) | Possession with intent to distribute 50 grams or more of methamphetamine mixture |
| 18 U.S.C. § 924(c) | Possession of firearm in furtherance of drug trafficking crime |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Benjamin Carter, Narcotics Investigator, DMPD
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 04/28/2020

*Judge's signature*

City and state: Des Moines, Iowa

Celeste F. Bremer, U.S. Magistrate Judge
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
11:31 am, Apr 28 2020