IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRITTANY LEA SMITH,<br><br>    Defendant. | No. 4:20-cr-00067-RGE-HCA<br><br><br>FINAL ORDER<br>OF FORFEITURE |

Upon review of the United States of America's Motion for Final Order of Forfeiture, ECF No. 64, the Court finds:

1.   On October 26, 2020, a Preliminary Order of Forfeiture was entered preliminarily forfeiting certain property from the Defendant Brittany Lea Smith to the United States. ECF No. 50.

2.   The United States caused to be published on the official government internet site notice of forfeiture of the property included in the Preliminary Order of Forfeiture. ECF No. 61. No claims were filed and the time to file any claims has run.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following property is forfeited to the United States: a Ruger, LCP, .380 caliber pistol (SN: 371373880), magazines, and ammunition; and approximately $21,913 in United States currency.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that all right, title, and interest to the property described above is condemned, forfeited, and vested in the United States of America and shall be disposed of according to law.

2

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**IT IS SO ORDERED**.

Dated this 8th day of June, 2021.

REBECCA GOODGAME EBINGER
UNITED STATES DISTRICT JUDGE